UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x
**Garth Kahl, et. al.,**

                                        **Plaintiffs,**

    -against-

 **The City of New York, et al.,**                                   05 CV 9885

                                        **Defendants.**

                                                            **NOTICE OF APPEARANCE**

------------------------------------------------------------------------ x

        **PLEASE TAKE NOTICE** that **Jay A. Kranis**, Senior Counsel, hereby appears on behalf of Michael A. Cardozo, Corporation Counsel of the City of New York, attorney for defendant The City of New York.

Dated:  New York, New York
         December 5, 2005

                                                    MICHAEL A. CARDOZO
                                                    Corporation Counsel
                                                         of the City of New York
                                                      Attorney for Defendant The City of New York
                                                    100 Church Street
                                                    New York, New York 10007
                                                    (212) 788-8683

                                     By:       _____/s/_____
                                                   Jay A. Kranis (JK2576)
                                                   Senior Counsel
                                                   Special Federal Litigation Division

To:    Norman Frederick Best, Esq.(NB 1968)
        Law Office of Susan Douglas Taylor
        575 Madison Avenue, 10th Floor
        New York, NY 10022
        (212) 671-0122