



# MEMO ENDORSED

MICHAEL A. CARDOZO
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

FRED M. WEILER
*Special Federal Litigation Division*
*TEL: 212-788-1817*
*FAX: 212-788-9776*

February 14, 2007

**VIA FAX 212-805-7930**
Honorable James C. Francis IV
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

LEAD CASE
04 CIV 7922 (KMK)(JCF)
DOCKET IN BOTH CASES

Re: Aloisio v. City of New York, et al. 05 CV 9737 (KMK)(JCF)
Kahl v. City of New York, et al. 05 CV 9885 (KMK) (JCF)

Dear Judge Francis:

On behalf of plaintiff and defendants, I write to request a modification of the Case Management Order (CMO) in the above-captioned case, which currently provides for a fact-discovery cut-off date of February 1, 2007. Both sides have exchanged written discovery, but need additional time for depositions. Accordingly, plaintiff and defendants jointly request that the Court grant an extension to the CMO deadlines such that fact discovery would be completed by July 1, and the remaining CMO deadlines extended by ~~5~~ 3 months. If this meets with your approval, would you please "so order" it?

Thank you for your time and consideration.

*Application granted as modified. 2/14/07.*
*SO ORDERED.*
*James C. Francis IV*
*USMJ*

Respectfully submitted,

Fred M. Weiler (FW 5864)

cc: Norman Frederick Best, Esq.
Law Office of Susan Douglas Taylor
575 Madison Avenue
New York, New York 10022

Michael L. Spiegel, Esq.
111 Broadway, Suite 1305
New York, New York 10006
*Attorney for Plaintiffs* (via e-mail)